IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-21079
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,


versus

RAFAEL BETANCOURT,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CR-H-94-283-3
- - - - - - - - - -
October 23, 1996
Before POLITZ, Chief Judge, and JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

As his sole argument on direct appeal, Rafael Betancourt argues that the district court erred in its recommendation to the Bureau of Prisons regarding pre-sentence credit. A district court is not authorized to compute pre-sentence credit; such computations are to be made by the Attorney General, through the Bureau of Prisons, after sentencing. 18 U.S.C. § 3585(b); United States v. Wilson, 503 U.S. 329, 333-34 (1992). Thus,

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Betancourt's appeal challenges only a recommendation, not a final decision of the district court.  Because we have jurisdiction only over appeals from final decisions of the district court, see 28 U.S.C. § 1291, the appeal is DISMISSED for lack of jurisdiction.